UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JONI FONTENOT | * | CIVIL ACTION NO. 2:16-CV-84 |
| | * | |
| VERSUS | * | CHIEF JUDGE BROWN |
| | * | |
| SAFETY COUNCIL OF SOUTHWEST LOUISIANA | * | MAGISTRATE JUDGE KAY |

*************************************************************************

## JUDGMENT

This cause was tried and submitted to a jury, and the jury returned a verdict. Furthermore, the Court entered post-trial orders awarding Plaintiff Joni Fontenot liquidated damages, post-judgment interest, attorneys' fees, and costs.[1] Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff Joni Fontenot, and against Defendant Safety Council of Southwest Louisiana, in the sum of $240,000.00; together with post-judgment interest; $105,511.00 in reasonable attorneys' fees; and $12,088.23 in costs.

**NEW ORLEANS, LOUISIANA,** this 10th day of September, 2018.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 193, 195.

1